**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES PITTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-1609 CAS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT OF REMAND

In accordance with the order of this date and incorporated herein, and the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III, dated September 26, 2007,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Commissioner's decision is **REVERSED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

 _____
 **CHARLES A. SHAW**
 **UNITED STATES DISTRICT JUDGE**

Dated this  11th  day of October, 2007.